BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $105,240.00 IN U.S. CURRENCY, <br><br> Defendant. | 2:14-CV-00642-TLN-AC <br><br> **STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE** |

IT IS HEREBY STIPULATED by and between the United States of America, Claimant Shaka Idi Nelson, and his counsel of record, as follows:

On August 14, 2014, the Court issued its Pretrial Scheduling Order setting a January 15, 2015 deadline for the completion of all discovery (ECF 15);

On or about November 18, 2014, Nelson was arrested by Ohio law enforcement agents and was unable to appear for his November 21, 2014 deposition that had been noticed by the United States. The parties need additional time to complete discovery.

///

///

///

///

///

1    Stipulation and Order to Continue Discovery Deadline

The parties now jointly request that in order to facilitate and complete discovery, the January 15, 2015 deadline for the completion of all discovery be continued to April 15, 2015. Such extension would not affect the trial date or any other dates in the Pretrial Scheduling Order.

                                          Respectfully submitted,

DATED:  December 9, 2014        BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Jeffrey A. Spivak
                                       JEFFREY A. SPIVAK
                                       Assistant United States Attorney

DATED:  December 9, 2014        /s/ Yehuda Bruck
                                       YEHUDA BRUCK
                                       Attorney for Claimant Shaka Idi Nelson

                                       (Authorized via email)

## ORDER

The Court adopts the parties' stipulation as set forth above. Accordingly, the deadline for completion of all discovery is continued from January 15, 2015 to April 15, 2015. All other dates in the Court's Pretrial Scheduling Order (ECF #15) remain in effect and unchanged.

**IT IS SO ORDERED.**

Dated:  December 11, 2014

                                       Troy L. Nunley
                                       United States District Judge