BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CV-00642-TLN-AC |
|---|---|
| Plaintiff, | *AMENDED* FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $102,240.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the *Amended* Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action brought against Approximately $102,240.00 in U.S. Currency ("Defendant Currency"), which was seized on or about September 12, 2013.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on March 10, 2014, alleging that the defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On March 11, 2014, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on March 13, 2014.

4. Beginning on March 15, 2014, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on April 14, 2014.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to Shaka Idi Nelson

6. Claimant Shaka Idi Nelson filed a claim alleging an interest in the Defendant Currency on April 14, 2014. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the *Amended* Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimant Shaka Idi Nelson and all other potential claimants who have not filed claims in this action.

3. Upon entry of this *Amended* Final Judgment of Forfeiture, $72,240.00 of the Approximately $102,240.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of this *Amended* Final Judgment of Forfeiture, but no later than 60 days thereafter, $30,000.00 of the Approximately $102,240.00 in U.S. Currency shall be returned to claimant Shaka Idi Nelson through his attorney Yehuda D. B. Bruck.

5. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

6. Claimant waived any and all claim or right to interest that may have accrued on the defendant currency.

7. All parties are to bear their own costs and attorneys' fees.

8.   The U.S. District Court for the Eastern District of California, Hon. Troy L. Nunley, District Judge, shall retain jurisdiction to enforce the terms of this *Amended* Final Judgment of Forfeiture.

<u>CERTIFICATE OF REASONABLE CAUSE</u>

9.   Based upon the allegations set forth in the Complaint filed March 10, 2014, and the *Amended* Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

**SO ORDERED:**

Dated:  February 18, 2015

_____
Troy L. Nunley
United States District Judge